UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| HANNIBAL-LAGRANGE UNIVERSITY, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> LINDA E. MCMAHON, et al., ) <br> ) <br> Defendant(s). ) <br> ) | No. 2:25-CV-00042-JSD |

## ORDER

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge Joseph S. Dueker to District Judge Henry Edward Autrey.

June 2, 2025
Date

*Nathan M. Graves* /
Clerk of Court

By: /s/ Jacqueline Parker /
JACQUELINE PARKER
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 2:25-CV-00042-**