**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI**
**AT HANNIBAL**

| | |
|---|---|
| **HANNIBAL-LAGRANGE UNIVERSITY,** <br> **PLAINTIFF,** <br> vs. <br> **LINDA MCMAHON, ET AL.** <br> **DEFENDANTS.** | **CASE NO.** 2:25-CV-00042-HEA |

### PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Hannibal-LaGrange University ("HLGU"), pursuant to Federal Rule of Civil Procedure 65 and Local Rule 4.01, and for the reasons set for in its concurrently filed Suggestions in Support of Plaintiff's Motion for Preliminary Injunction, respectfully moves this Court for a preliminary injunction preserving the status quo and preventing irreparable harm while this action is litigated.

More specifically, HLGU respectfully asks the Court to:

a. Enjoin Defendants, their officers, agents, and employees from conditioning any present or future Title IV action (including PPA updates, amendments, renewals, and program approvals) on the Missouri Baptist Convention's signature, designation, or agreement until final judgment or further order; and;

b. Order Defendants to (i) accept and process HLGU's pending PPA update within fourteen (14) days; (ii) approve the "Freedom on the Inside" prison-education program without imposing any requirement for a signature by the Missouri Baptist Convention or its designee, and (iii) maintain HLGU's current Title IV eligibility and fund disbursements until final judgment or further order; and

1

c. Waive any bond under Rule 65(c), or alternatively set a nominal bond of one dollar, because Defendants are fully protected by existing guarantees, statutes and regulations, which will not be advanced by obtaining an agreement by the Missouri Baptist Convention.

WHEREFORE, Plaintiff Hannibal-LaGrange University prays that the Court grant this Motion and award such other and further relief as the Court deems just and proper.

Given the importance of these issues, ORAL ARGUMENT IS REQUESTED.

Respectfully Submitted,

Law Offices of Jonathan R Whitehead LLC
s/Jonathan R. Whitehead
Mo. Bar 56848
229 S.E. Douglas St., Ste. 210
Lee's Summit, Mo 64063
816.398.8305 – Phone
816.278.9131 – Fax
jon@whiteheadlawllc.com
Attorney for Plaintiff Hannibal LaGrange University

## Certificate of Service

I hereby certify that on July 15, 2025, I electronically filed the above with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Date: July 15, 2025.

s/Jonathan R. Whitehead
An Attorney for Plaintiff Hannibal LaGrange University